**FILED**

03/02/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0707

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA 22-0707

| | |
|---|---|
| **SCOTT AND PAMELA BYE; KOREY AND WENDY FAUQUE; BUTCH AND DOREEN GILLESPIE; WAYNE AND ROXY GILLESPIE, and JOHN DOES 1, 2, 3, 4,**<br><br>Plaintiffs/Appellees,<br><br>v.<br><br>**SOMONT OIL COMPANY,**<br><br>Defendant/Cross-Appellant. | **ORDER GRANTING UNOPPOSED EXTENSION** |

Pursuant to the authority granted under M.R.App.P. 26(1), Appellant is given an extension of time until April 12, 2023 to prepare, file and serve Appellees' response brief.

DATED this ___ day of March, 2023.

_____
Bowen Greenwood
Clerk of the Supreme Court

Cc: Hertha Lund, Ben Stormes, Gregory Hatley, Stephanie Hollar

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 2 2023